# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇✿ʊ◯③

Associates:
**Noah Gradofsky** *◇ρ
**Stacy P. Maza** *◇
**Elissa Breanne Wolf** *◇
**Jonathan L. Leitman** *◇
**Elizabeth Kimmel** *◇®
**Keron E. Hoetzel** *◇
**Fiza Nasim Malik** *◇
**Jordan E. Gottheim** *◇

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◇ʊρ

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Isaac Szpilzinger** ◇



**1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666**
www.janmeyerlaw.com

Phone: (201) 862-9500
Fax: (201) 862-9400
E-Mail: office@janmeyerlaw.com

Sender's e-mail: jgottheim@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 210

New York Office:
521 5th Avenue
17th Floor
New York, NY 10175
(212) 719-9770
*Please correspond with our Teaneck office*

Admitted to Practice:
New Jersey *
New York ◇
Pennsylvania ρ
District of Columbia ✿
U.S. Supreme Court ʊ
U.S. Court of Federal Claims ◯
U.S. Court of Appeals for the Armed Forces ◯
U.S. Court of Appeals for the Federal Circuit ◯
U.S. Court of Appeals for the Third Circuit ③
U.S. Patent and Trademark Office ®

June 19, 2024

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court for the Southern District of New York
40 Centre Street
New York, NY 10007

    Re:    *GEICO a/s/o Petit v. United States,* 1:24-cv-2386 (MMG)

Your Honor:

    As the Court is aware, our firm represents Plaintiff in the above-captioned matter. The Parties hereby inform the Court that they have reached a settlement in principle with respect to this matter and are working to finalize such statement. Accordingly, the Parties request that the Initial Pretrial Conference scheduled for June 26 be adjourned.

    The Parties thank the Court for its time and attention.

Sincerely,

Jordan Gottheim

cc: All Counsel (via ECF)

---

Request GRANTED. The conference scheduled for June 26, 2024, is ADJOURNED *sine die*. The Court will issue a separate order of dismissal. The Clerk of Court is directed to terminate Dkt. No. 13.

SO ORDERED.  Date 6/21/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE